UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**KENDALL ROSSI,**

          Plaintiff,

      v.

**CITY OF TRENTON,** *et al.,*

          Defendants.

Civil Action No. 18-12708 (ZNQ) (LHG)

**ORDER**

<u>**QURAISHI, District Judge**</u>

**THIS MATTER** comes before the Court upon a Motion for Summary Judgment filed by Defendants City of Trenton, The Trenton Police Department, Ernest Parrey, Jr., Detective Jorge Mejia, Detective Jonathan P. Cincilla, and Detective Jeffrey Donaire, (collectively, "Defendants") pursuant to Rule 56 of the Federal Rules of Civil Procedure. (ECF No. 42.)  For the reasons set forth in the accompanying Opinion and other good cause shown,

**IT IS** on this **31st** day of **January 2023**,

**ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 42) is hereby **GRANTED IN PART and DENIED IN PART** as follows:

- Summary Judgment is **GRANTED** on Counts One and Four as to Defendant Trenton Police Department. **JUDGMENT** is hereby entered in favor of Defendant Trenton Police Department;

- Summary Judgment is **DENIED** on Counts One and Four as to Defendants Ernest Parrey Jr., Detective Jorge Mejia, Detective Jonathan P. Cincilla, Detective Jeffrey Donaire, and Defendant City of Trenton;

- Summary Judgment on Counts Two and Three is **GRANTED**; and it is further

**ORDERED** that Counts Two and Three of the Complaint are hereby **DISMISSED WITH PREJUDICE**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
